```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 30028
   ANGELIA RENEA DERAMUS
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-3300

--------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 08/12/2004 and was confirmed 12/15/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  89.15%.

      The case was paid in full 10/30/2007.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
AMERIQUEST MORTGAGE       CURRENT MORTG          .00             .00             .00
CAPITAL ONE AUTO FINANCE  SECURED             5694.00          396.35         5694.00
CAPITAL ONE AUTO FINANCE  UNSECURED OTH        825.47             .00          735.94
GREAT AMERICAN FINANCE    SECURED             1000.00           51.31         1000.00
GREAT AMERICAN FINANCE    UNSECURED            456.60             .00          407.07
CAPITAL ONE SERVICES      UNSECURED         NOT FILED             .00             .00
CAPITAL ONE SERVICES      UNSECURED         NOT FILED             .00             .00
CARD PROCESSING CENTER    UNSECURED         NOT FILED             .00             .00
CHECK N GO                UNSECURED OTH        208.51             .00          183.99
FINGERHUT CREDIT ADVANTA  UNSECURED            632.55             .00          563.93
PREMIER BANCARD CHARTER   UNSECURED            591.57             .00          527.40
PAYDAY LOAN STORE         UNSECURED         NOT FILED             .00             .00
PRAIRIE STATE COLLEGE     UNSECURED         NOT FILED             .00             .00
RESURGENT ACQUISITION LL  UNSECURED           4320.86             .00         3853.99
AT & T BANKRUPCTY         UNSECURED         NOT FILED             .00             .00
SBC WIRELESS COMM         NOTICE ONLY       NOT FILED             .00             .00
T-MOBILE BANKRUPTCY       UNSECURED            539.85             .00          481.29
CAPITAL ONE SERVICES      UNSECURED         NOT FILED             .00             .00
AMERIQUEST MORTGAGE       MORTGAGE ARRE          .00             .00             .00
PETER FRANCIS GERACI      DEBTOR ATTY        2,700.00                        2,700.00
TOM VAUGHN                TRUSTEE                                              954.73
DEBTOR REFUND             REFUND                                               552.51

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 18,102.51

PRIORITY                                           .00
SECURED                                        6,694.00
   INTEREST                                      447.66

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 30028 ANGELIA RENEA DERAMUS
```

```
UNSECURED                                                        6,753.61
ADMINISTRATIVE                                                   2,700.00
TRUSTEE COMPENSATION                                               954.73
DEBTOR REFUND                                                      552.51
                                        ----------------   ----------------
TOTALS                                        18,102.51          18,102.51
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 03/27/08            _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE